# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Brandon Lee Franklin, ) | JUDGMENT IN CASE | |
| ) | | |
| Plaintiff(s), ) | 1:23-cv-00274-GCM | |
| ) | | |
| vs. ) | | |
| ) | | |
| Commissioner of Social Security, ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 29, 2024 Order.

March 5, 2024

*[signature]*

Katherine Hord Simon, Clerk
United States District Court